15

(No. 74-CC-754— ▉▉▉▉)

GARY RAU, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed July 10, 1974.*

GARY RAU, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-766— ▉▉▉▉)

LAWRENCE & JOHN FRESE, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed July 10, 1974.*

LAWRENCE & JOHN FRESE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.